Paul H. Levinson, Esq. (PL 5528)
**McLaughlin & Stern, LLP**
260 Madison Avenue, 18th Floor
New York, New York 10016
Tel.: (212) 448-1100 (ext. 190)

Christopher E. Hartmann, Esq. (CH 4873)
**Wacks & Hartmann, LLC**
404 Park Avenue South, 14th Floor
New York, New York
(973) 644-0770 (ext. 204)
(212) 481-2744
*Attorneys for Defendant General Office Environments*

MAY 0 4 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANCKER, SELLEW & DOUGLAS,<br><br>Plaintiff,<br>against<br><br>JOSEPH MILLER and<br>GENERAL OFFICE ENVIRONMENTS, INC.,<br><br>Defendants. | Civil Action No.:<br><br><br>FED. R. CIV. P. 7.1<br>DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for defendant General Office Environments, Inc. ("GOE") states that GOE is a closely owned family business. None of GOE's stock is publicly held.

By: _____
Paul H. Levinson
(PL 5528)

May 4, 2007