Paul P. Rooney (PR 0333)
REED SMITH LLP
599 Lexington Avenue, 28 th Floor
New York, New York 10022
(212) 521-5434

*Attorneys for Plaintiff
Dancker, Sellew & Douglas, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANCKER, SELLEW & DOUGLAS, INC., | Case No. 07 CV 3563 (RAB)(RLE) |
| Plaintiff, | **FED. R. CIV. P. 7.1** |
| | **DISCLOSURE STATEMENT** |
| against | |
| | *ECF FILED* |
| JOSEPH MILLER and | |
| GENERAL OFFICE ENVIRONMENTS, INC., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Plaintiff Dancker, Sellew & Douglas, Inc. ("Dancker") states that Dancker is a closely held corporation. None of its stock is publicly held and it has no publicly held parents, subsidiaries, or affiliates.

Dated: New York, New York
   May 7, 2007

Respectfully submitted,

REED SMITH LLP

BY: _____
   Paul P. Rooney
   599 Lexington Avenue, 29th Floor
   New York, New York 10022
   Telephone: (212) 521-5400
   *Attorneys for Plaintiff
   Dancker, Sellew & Douglas, Inc*

## CERTIFICATE OF SERVICE

I, Paul P. Rooney, attorney for Plaintiff Dancker, Sellew & Douglas, hereby certify that, on May 7, 2007, the foregoing FED R. CIV. P. 7.1 DISCLOSURE STATEMENT, was served upon Defendants by United States Mail First Class, or by means of electronic filing through the Court's ECF system, upon the following parties as follows:

    Paul H. Levinson, Esq.
    McLaughlin & Stern LLP
    260 Madison Avenue, 18 th Floor
    New York, New York 10016
    **(BY ECF)**

    Christopher Hartmann, Esq.
    Wacks & Hartmann, LLC
    55 Madison Avenue – Suite 320A
    Morristown, New Jersey 07960
    **(BY MAIL)**

    Joseph Miller
    1000 Evergreen Avenue
    Bradley Beach, New Jersey 07720
    **(BY MAIL)**

_____
PAUL P. ROONEY

Dated: May 7, 2007