**MEMO ENDORSED**

# MCLAUGHLIN & STERN, LLP

PAUL H. LEVINSON
PARTNER
DIRECT DIAL (212) 448-6279
Email: plevinson@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066

**MILLBROOK OFFICE**
Franklin Avenue
P.O. Box 1369
Millbrook, New York 12545
(845) 677-5700

> Any response from the defendants should be a single (joint) response. I have no problem with an adjournment (e.g. 5/15 @ 10:00 AM) but it's preferable for all counsel to agree to avoid needless "back + forth."
>
> SO ORDERED:
> Date: 5/9/07   Richard M. Berman
> Richard M. Berman, U.S.D.J.

**BY HAND**

Honorable Richard M. Berman
Judge, United States District Court
Southern District of New York
500 Pearl Street - Room 650
New York, NY 10007

Re: Danker, Sellew & Douglas, Inc. v. Joseph Miller and General Office Environments, Inc. - 07 Civ. 3563

Dear Judge Berman:

This office represents defendant General Office Environments, Inc. ("GOE"), as New York counsel, in conjunction with GOE's outside counsel Christopher E. Hartmann, Esq., of Wacks & Hartmann, LLC, Morristown, New Jersey.

I am in receipt of the Court's Memo Endorsement of May 8, 2007 on the letter of May 7, 2007 from plaintiff's counsel, Paul P. Rooney, Esq. of ReedSmith LLP. Mr. Hartmann and I intend to submit a formal response to Mr. Rooney's letter, although the primary response will be coming from defendant Joseph Miller, whom we understand is in the process of retaining separate counsel.

I write to request a professional courtesy, and specifically, that the Pre-Motion Conference which Your Honor has scheduled for May 11, 2007 at 10:15 A.M., be adjourned to Monday, May 14 or the earliest possible date thereafter. The reason for this request is that I will be driving Upstate Friday morning to attend my daughter's graduation from Syracuse University this weekend. Since Mr. Hartmann is not admitted to the Bar of the Southern District of New York, and since I will be moving his admission *pro hac vice*, it is essential that I appear at the Pre-Motion Conference on behalf of GOE. I do not believe that in the circumstances, and especially since the proposed adjournment would be over a weekend, plaintiff will be prejudiced by the granting of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/07



RECEIVED
MAY 09 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

## MCLAUGHLIN & STERN, LLP

Honorable Richard M. Berman
Judge, United States District Court
Southern District of New York
Page 2
May 8, 2007

Thank you for your consideration in this matter.

Respectfully yours,

Paul H. Levinson

PHL:ll
pl507chr.7/8

cc: Paul P. Rooney, Esq.
ReedSmith LLP
(Via Telecopier)

Christopher E. Hartmann, Esq.
Wacks & Hartmann, LLC
(Via Telecopier)

Mr. Joseph Miller
General Office Environments, Inc.
(Via Telecopier)