UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DANCKER, SELLEW & DOUGLAS,

        Plaintiff,

-against-

JOSEPH MILLER and
GENERAL OFFICE ENVIRONMENTS, INC.,

        Defendants.

------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

**07 CV 3563 (RMB)**

**ECF CASE**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        PAUL H. LEVINSON, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Rye Brook, New York.

        On May 4, 2007, I served the NOTICE OF REMOVAL OF DEFENDANT GENERAL ENVIRONMENTS, INC. upon the offices of REEDSMITH, LLP (Attn: Paul P. Rooney, Esq.), 599 Lexington Avenue, New York, NY 1002, Attorneys for Plaintiff, by personal service on said office, and by transmitting the papers by electronic means to Telecopier Number (212) 521-5450, which number was designated by said parties for such purpose. I received a signal from the equipment indicating that the transmission was received.

                                                                        _____
                                                                      PAUL H. LEVINSON

Sworn to before me this

9 day of May, 2007

_____
Notary Public

       ALAN E. SASH
  Notary Public, State of New York
      No. 02SA6041112
   Qualified in Queens County
Commission Expires May 1, 20__