UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANCKER, SELLEW & DOUGLAS, INC.,

                Petitioner,                      07 Civ. 3563 (RMB)(RLE)

      -against-                        **ORDER OF DISCONTINUANCE**

JOSEPH MILLER and GENERAL OFFICE
ENVIRONMENTS, INC.,

                Respondent.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Based on the consent order dated May 24, 2007, indicating that the parties have reached an agreement, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED.**

Dated: New York, New York
       May 24, 2007

                                                     _/s/ RMB_
                                            Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/07

United States District Court
Southern District of New York

Daucher, Sellew &
Douglass, Inc.

    Plaintiff

v.

Joseph Miller and
General Office Environments,
Inc.,

    Defendants

07-CV-3563

CONSENT ORDER

This 24th day of May 2007, it is hereby ORDERED that:

1. ~~Defendants~~ Joseph Miller shall take a five month sabbatical from his employment with Defendant General Office Environments, Inc. ("GOE") during which time he will perform no work ~~or solicit no business~~ for GOE and will solicit no clients on its behalf.

2. Miller's sabbatical shall last from 12 PM May 24, 2007 until 5 PM on October 23, 2007.

3. Plaintiff Daucher, Seiler & Douglas, Inc. ("Daucher") shall pay Miller a total of $50,000.00 (fifty thousand dollars) in five installments of $10,000.00 (ten thousand dollars) payable on 6/1/2007; 7/1/2007; 8/1/2007; 9/1/2007 and 10/1/2007.

4. As of October 23, 2007 Miller will no longer be bound by any provision of his Confidentiality, Non-solicitation and Noncompetition Agreement with Daucher, dated Sept. 12, 2005, ("the Agreement").

5. Miller shall not attend any training with Kewanee until after October 23, 2007.

6. All parties agree to dismiss this Civil Action with prejudice and without costs to either party.
  └─ is hereby dismissed

7. This Court shall maintain jurisdiction to enforce this order in the event it is violated.

8. GOE makes no admission or representation that it is bound by any prior agreement between Daucker and Miller. GOE makes no admission that it interfered with any agreement between Daucker and Miller.

9. Notwithstanding any other provision hereof, in the event of any claim

by any party that a term of this Consent Order has been violated, none of the parties waives any rights regarding the validity or enforceability of the Agreement.

10. Between May 24, 2007 and May 31, 2007, Miller may go to the offices of GOE for the express purpose of gathering his personal effects and organizing his office.

11. No party may withhold performance of the terms of this Consent Order, absent a further order of this court.

It is hereby stipulated and agreed

that the Court shall enter the foregoing order.

Dorothea Selfew & Douglas, Inc.                    Joseph Miller
By: _____ Jung                                   By: _____
Steven Lang
Vice President and General Manager                 General Office Environment
                                                   By: _____
                                                   Steven Grillo

Reed Smith LLP
By: David L. Weissman
David L. Weissman (3708)                           WACKS & HARTMANN
Paul P. Rooney                                     By: Christopher E. Hartmann
599 Lexington Ave.                                 Christopher Hartmann
New York, NY 10022                                 404 Park Avenue South
(212) 521-5435                                     14th Floor
Attorneys for Plaintiff                            New York, NY
                                                   (973) 644-0770 (ext. 204)
                                                   Attorneys for Defendants
                                                   General Office Environments

_____
Joseph M. Wenzel                                   McLaughlin & Stern LLP
452 Clifton Ave.                                   By: Paul H. Levinson
Clifton, NJ 07011                                  Paul H. Levinson (PL5520)
(973) 546-0700                                     260 Madison Avenue
                                                   New York, NY 10016
                                                   (212) 448-6279

                                                   SO ORDERED
                                                   RMB

Attorney for Defendant                             Richard Berman, U.S.D.J.
Joseph Miller                                      5/24/07